IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BAZAVIOUS RIVERS, | § | |
| Movant, | § | |
| | § | |
| v. | § | CIVIL NO. 3:20-CV-782-M-BK |
| | § | (Criminal No. 3:17-CR-460-M-11) |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation

in this case.  No objections were filed.  The Court reviewed the proposed Findings, Conclusions,

and Recommendation for plain error.  Finding none, the Court **ACCEPTS** the Findings,

Conclusions, and Recommendation of the United States Magistrate.

IT IS THEREFORE ORDERED that the agreed motion to vacate sentence under 28

U.S.C. § 2255 is **GRANTED** and that Movant's guilty plea and sentence to conspiracy to

distribute a controlled substance in violation of 21 U.S.C. § 846 (Count 1) are **VACATED**.

SO ORDERED this 12th day of May, 2020.

BARBARA M. G. LYNN
CHIEF JUDGE